STATE of Missouri, Respondent,

v.

Lorenzo William LAWSON, Appellant.

No. WD36978.

Missouri Court of Appeals,
Western District.

March 25, 1986.

Holly G. Simons, Columbia, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Jefferson City, for respondent.

Before DIXON, J., Presiding, and MAN-FORD and NUGENT, JJ.

**ORDER**

PER CURIAM:

Defendant appeals convictions after jury trial of felony assault in the first degree, § 565.050, RSMo 1978, armed criminal action, § 571.015.1, RSMo 1978, and sentence as a persistent offender, § 558.016, RSMo Supp.1984, to consecutive twenty- and ten-year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Thomas L. TALBERT, Appellant.

No. WD37455.

Missouri Court of Appeals,
Western District.

March 25, 1986.

Susan L. Hogan, Columbia, for appellant.

Robert L. Fleming, Columbia, for respondent.

Before LOWENSTEIN, P.J., and TUR-NAGE and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from conviction, in a trial before the court, of harassment, § 565.090, RSMo (1978). The court sentenced defendant to six (6) months, suspended the sentence and placed him on probation for two (2) years.

Judgment affirmed. Rule 30.25(b).